FILED'08 NOV 19 12:11 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ANASTASIA STEVENS-WOODS,

        Plaintiff,

    v.                                  Civil No. 07-1375-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## JUDGMENT

This case is reversed and remanded for payment of benefits. This action is dismissed.

Dated: November  18 , 2008.

                                    /s/ Ann Aiken
                                United States District Judge

**JUDGMENT**                              **DOCUMENT NO:** _____