IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANASTASIA STEVENS-WOODS,
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 07-1375-AA

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6169.80 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this 12 day of February 2009.

Ann L. Aiken
United States District Judge